IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-246-AP**

**THE WILDERNESS SOCIETY, <u>et</u> <u>al.</u>**

   Plaintiffs,

v.

**UNITED STATES FOREST SERVICE, <u>et</u> <u>al.</u>,**

   Defendants.

---

## JOINT CASE MANAGEMENT PLAN

---

1.      **APPEARANCES OF COUNSEL**

For Plaintiffs The Wilderness Society, et al.:

James S. Angell
Melanie R. Kay
Earthjustice
1400 Glenarm Place, #300
Denver CO, 80202
Telephone: (303) 623-9466
jangell@earthjustice.org
mkay@earthjustice.org

For Federal Defendants:

Barclay T. Samford
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1475
Telefax: 303-844-1350
Clay.Samford@usdoj.gov

Bridget Kennedy McNeil
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1484
Fax: 303-844-1350
bridget.mcneil@usdoj.gov

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

Plaintiffs allege that this Court has jurisdiction over this action pursuant to 28 U.S.C.

§ 1331 (federal question), 5 U.S.C. §§ 701-706 (judicial review provisions of the Administrative

Procedure Act), and 16 U.S.C. § 1540(g) (citizen-suit provision of the Endangered Species Act).

As Federal Defendants have not yet filed a responsive pleading, they reserve all applicable

defenses.

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      **A.      Date Petition for Review Was Filed:**  January 31, 2011

      **B.      Date Complaint Was Served on U.S. Attorney's Office:**  March 15, 2011

      **C.      Date Answer Was Filed:** Answer scheduled for filing on May 6, 2011.  Parties
           propose to extend the deadline to file the Answer until July 6, 2011.

**4.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL
      CLAIMS OR DEFENSES**

      Parties do not at this point anticipate unusual claims or defenses.

**5.      OTHER MATTERS – POTENTIAL FOR SETTLEMENT**

      The parties believe that there is a potential for settlement of this case.

**6.      BRIEFING SCHEDULE**

      This schedule may be modified by agreement of the Parties upon a showing of good

cause.   At this early stage, the Parties do not know whether it will be necessary to exceed

existing page limits.  The Parties may request a change in briefing deadlines if briefing on a

motion to complete or supplement the record is filed.  The Parties agree that if it becomes

necessary, they will not unreasonably withhold consent for page limit extensions.

      **A.  Deadline for Filing Administrative Record:**  August 5, 2011

      **B.  Deadline for Parties to Confer on Record Disputes:**  September 6, 2011

      **C.  Deadline for Filing Motions to Complete and/or Supplement the Administrative
         Record:**  October 6, 2011.

      **D.  Petitioner's Opening Brief Due:**  November 7, 2011

      **E.  Respondent's Response Brief Due:**  December 7, 2011

**F. Petitioner's Reply Brief Due:** January 13, 2012

**7.     STATEMENTS REGARDING ORAL ARGUMENT**

The Parties request oral argument in order to highlight the key elements of their

respective briefs and to respond to facts or arguments raised in opposition briefs.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The Parties do not at this time consent to exercise of jurisdiction by a magistrate judge in

this matter.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The Parties agree that the Joint Case Management Plan may be altered or amended only

upon a showing of good cause.


DATED this 3rd day of May, 2011.

                                        BY THE COURT:


                                        *s/John L. Kane*
                                        U.S. DISTRICT COURT JUDGE


APPROVED:

 s/ Melanie R. Kay
Melanie R. Kay
James S. Angell
Earthjustice
1400 Glenarm Place, #300
Denver CO, 80202
Telephone: (303) 623-9466
jangell@earthjustice.org
mkay@earthjustice.org
*Attorneys for Plaintiffs The Wilderness Society, et al.*

 s/ Barclay T. Samford
Barclay T. Samford
U.S. Department of Justice

3

Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1475
Telefax: 303-844-1350
Clay.Samford@usdoj.gov

s/ Bridget Kennedy McNeil
Bridget Kennedy McNeil
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1484
Fax: 303-844-1350
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*