**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Date: March 20, 2012 | Courtroom Deputy: Bernique Abiakam<br>Reporter: Kara Spitler |

Civil Action No.: 11-cv-00246-JLK-AP

| | |
|---|---|
| THE WILDERNESS SOCIETY,<br>QUIET USE COALITION,<br>WILDLANDS CPR,<br>CENTER FOR NATIVE ECOSYSTEMS,<br>and<br>GREAT OLD BROADS FOR<br>WILDERNESS, | Melanie R. Kay<br>Edward B. Zukoski |
| Plaintiffs, | |
| v. | |
| UNITED STATES FOREST SERVICE, a federal agency within the U.S. Department of Agriculture, and<br>JERRI MARR, in her official capacity as Forest Supervisor for the Pike and San Isabel National Forests, | Barclay T. Samford<br>Bridget K. McNeil |
| Defendants, | |
| and | |
| COLORADO OFF HIGHWAY VEHICLE COALITION, TRAILS PRESERVATION ALLIANCE, and<br>THE BLUERIBBON COALITION, | Paul A. Turcke |
| Defendant Intervenors. | |

**COURTROOM MINUTES**

HEARING: Oral Argument

**9:31 a.m.**     **Court in session.**

*11-cv-00246-JLK-AP*
*Oral Argument*
*March 20, 2012*

Court calls case.  Counsel present.  Also present, Lois G. Witte, in-house counsel for the Department of Agriculture.

Preliminary remarks by the Court.

Argument heard on Doc. No. 39.

| | |
|---|---|
| 9:40 a.m. | Argument by Ms. Kay.  Questions by the Court. |
| 9:52 a.m. | Argument by Ms. McNeil.  Questions by the Court. |
| 10:19 a.m. | Rebuttal argument by Ms. Kay.  Questions by the Court. |
| 10:28 a.m. | Comments and rulings by the Court. |

**ORDERED:** **Plaintiffs' Motion To Strike Documents From The Administrative Record (Filed 12/23/11; Doc. No. 39) is taken UNDER ADVISEMENT.**

**10:29 a.m.   Court in recess.**
**Hearing concluded.**
Total in-court time: 58 minutes.

2