# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Date: March 20, 2012 | Courtroom Deputy: Bernique Abiakam |
| | Reporter: Kara Spitler |

Civil Action No.: 11-cv-00246-JLK-AP

| | |
|---|---|
| THE WILDERNESS SOCIETY, | Melanie R. Kay |
| QUIET USE COALITION, | Edward B. Zukoski |
| WILDLANDS CPR, | |
| CENTER FOR NATIVE ECOSYSTEMS, | |
| and | |
| GREAT OLD BROADS FOR | |
| WILDERNESS, | |

    Plaintiffs,

v.

| | |
|---|---|
| UNITED STATES FOREST SERVICE, a | Barclay T. Samford |
| federal agency within the U.S. | Bridget K. McNeil |
| Department of Agriculture, and | |
| JERRI MARR, in her official capacity as | |
| Forest Supervisor for the Pike and San | |
| Isabel National Forests, | |

    Defendants,

and

| | |
|---|---|
| COLORADO OFF HIGHWAY VEHICLE | Paul A. Turcke |
| COALITION, TRAILS PRESERVATION | |
| ALLIANCE, and | |
| THE BLUERIBBON COALITION, | |

    Defendant Intervenors.

---

## COURTROOM MINUTES

HEARING: Oral Argument

**9:31 a.m.**    Court in session.

*11-cv-00246-JLK-AP*
*Oral Argument*
*March 20, 2012*

Court calls case.  Counsel present.  Also present, Lois G. Witte, in-house counsel for the Department of Agriculture.

Preliminary remarks by the Court.

Argument heard on Doc. No. 39.

| | |
|---|---|
| 9:40 a.m. | Argument by Ms. Kay.  Questions by the Court. |
| 9:52 a.m. | Argument by Ms. McNeil.  Questions by the Court. |
| 10:19 a.m. | Rebuttal argument by Ms. Kay.  Questions by the Court. |
| 10:28 a.m. | Comments and rulings by the Court. |

**ORDERED:     Plaintiffs' Motion To Strike Documents From The Administrative Record (Filed 12/23/11; Doc. No. 39) is taken UNDER ADVISEMENT.**

**10:29 a.m.    Court in recess.**
**Hearing concluded.**
Total in-court time: 58 minutes.