IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Civil Action **No. 11-cv-246-JLK-AP**

**THE WILDERNESS SOCIETY**,
**QUIET USE COALITION**,
**WILDLANDS CPR**,
**CENTER FOR NATIVE ECOSYSTEMS**, and
**GREAT OLD BROADS FOR WILDERNESS**,

    Plaintiffs,

v.

**UNITED STATES FOREST SERVICE**, a federal agency within the U.S. Department of Agriculture, and
**JERRI MARR**, in her official capacity as Forest Supervisor for the Pike and San Isabel National Forests,

    Defendants,

and

**COLORADO OFF HIGHWAY VEHICLE COALITION**,
**TRAILS PRESERVATION ALLIANCE**, and
**THE BLUERIBBON COALITION**,

    Defendant Intervenors.

---

ORDER

---

Kane., J.

    This matter is currently before me on the parties' Joint Proposal to Modify Briefing Schedule (doc. 59). Having read and considered the parties' proposal, and finding good cause appearing, the motion is GRANTED. The briefing deadlines shall be reset as follows:

    Plaintiffs' Opening Brief        September 7, 2012

1

| | |
|---|---|
| Defendants' Response Brief | November 6, 2012 |
| Intervenors' Response Brief | November 13, 2012 |
| Plaintiffs' Reply Brief | December 13, 2012 |

The parties may seek further modification of this schedule as needed.

Dated: June 15, 2012            BY THE COURT:

**/s/ John L. Kane**
Senior U.S. District Court Judge