# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00246-JLK

THE WILDERNESS SOCIETY, QUIET USE COALITION,
WILDLANDS CPR, CENTER FOR NATIVE ECOSYSTEMS, and
GREAT OLD BROADS FOR WILDERNESS,

Plaintiff(s),

v.

UNITED STATES FOREST SERVICE, a federal agency within the U.S. Department of Agriculture, and JERRI MARR, in her official capacity as Forest Supervisor for the Pike and San Isabel National Forests,

Defendant(s),

and

COLORADO OFF HIGHWAY VEHICLE COALITION, TRAILS PRESERVATION ALLIANCE, and THE BLUERIBBON COALITION,

Intervenor Defendants.

## ORDER GRANTING STAY OF LITIGATION DEADLINES

This matter is currently before me on the parties' Joint Motion to Stay Litigation Deadlines, Doc. 75. Finding GOOD CAUSE, the joint motion is GRANTED. The litigation deadlines shall be STAYED. Within five business days of the restoration of appropriations for the Department of Justice, the parties shall advise the Court of the status of settlement negotiations and submit a revised amended Joint Case Management Plan reflecting proposed briefing deadlines.

IT IS SO ORDERED.

Dated: October 15, 2013        BY THE COURT:

                               *s/John L. Kane*
                               Senior U.S. District Court Judge

1