IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00246-WYD

THE WILDERNESS SOCIETY, QUIET USE COALITION,
WILDEARTH GUARDIANS, ROCKY MOUNTAIN WILD, and
GREAT OLD BROADS FOR WILDERNESS,

    Plaintiffs,

v.

UNITED STATES FOREST SERVICE, a federal agency within the U.S. Department of Agriculture, and ERIN CONNELLY, in her official capacity as Forest Supervisor for the Pike and San Isabel National Forests,

    Defendants,

and

COLORADO OFF HIGHWAY VEHICLE COALITION, TRAILS PRESERVATION ALLIANCE, and THE BLUERIBBON COALITION,

    Intervenor Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    The Unopposed Motion to Amend Case Caption (ECF No. 98) is **GRANTED.** The amended caption is set forth above and shall be used in all future filings.

    Dated:  September 16, 2015