**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   11-cv-00246-WYD

THE WILDERNESS SOCIETY, QUIET USE COALITION,
WILDEARTH GUARDIANS, ROCKY MOUNTAIN WILD, and
GREAT OLD BROADS FOR WILDERNESS,

Plaintiffs,

v.

UNITED STATES FOREST SERVICE, a federal agency within the U.S. Department
of Agriculture, and JERRI MARR, in her official capacity as Forest Supervisor for the Pike
and San Isabel National Forests,

Defendants,

and

COLORADO OFF HIGHWAY VEHICLE COALITION, TRAILS PRESERVATION
ALLIANCE, and THE BLUERIBBON COALITION,

Intervenor Defendants.

**ORDER APPROVING SETTLEMENT AGREEMENT
AND DISMISSING CASE WITH PREJUDICE**

Plaintiffs and Defendants have reached a settlement of this case and move the Court to approve the settlement and dismiss the case with prejudice.  For good cause shown, it is hereby

ORDERED that the parties' Joint Motion to Dismiss (ECF Doc. No. 101), filed November 13, 2015, is **GRANTED.**  It is further

ORDERED that the terms and conditions of the Settlement Agreement are incorporated by reference into this Order.  Notwithstanding the dismissal of this action, the Court retains jurisdiction solely to enforce the terms of the attached Settlement Agreement.  See Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994).

Dated: November 16, 2015

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE